# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MONTANA BELL,          :   No. 5 EM 2019

         Petitioner       :

        v.              :

COMMONWEALTH OF PENNSYLVANIA,   :

         Respondent     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of February, 2019, the Application for the Exercise of the Court's King's Bench Power or Extraordinary Jurisdiction/Relief is DENIED.